UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
ITASCA IMAGES, LLC,

          Plaintiff,

v.

POND5, INC., POND5 MEDIA IRELAND
LIMITED, and WONDERSHARE
TECHNOLOGY CO. LTD.,

          Defendants.

------------------------------- X

Case No. 22-cv-00736-MKV

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties in the above-captioned action, through their respective counsel of record, hereby stipulate and agree to dismiss this entire action, including without limitation all claims and counterclaims alleged therein, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 10, 2023

| | |
|---|---|
| DONIGER / BURROUGHS | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| *[signature]* | *[signature]* |
| Scott A. Burroughs | Jura C. Zibas |
| Laura M. Zaharia | 150 East 42nd Street |
| 247 Water Street, First Floor | New York, New York 10017 |
| New York, New York 10038 | Telephone: (212) 490-3000 |
| Telephone: (310) 590-1820 | Facsimile: (212) 490-3038 |
| Email: scott@donigerlawfirm.com | Email: jura.zibas@wilsonelser.com |
| lzaharia@donigerlawfirm.com | |
| | *Attorneys for Defendants Pond5 Inc. and Pond5 Media Ireland Limited* |
| *Attorneys for Plaintiff* | |

SO ORDERED:

_____
Hon. Mary Kay Vyskocil, U.S.D.J.